UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-20413-CR-GAYLES

UNITED STATES OF AMERICA,

v.

LESTER DELGADO ECHEVARRIA.
_____/

### OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, Lester Delgado Echevarria ("Mr. Delgado"), by and through undersigned counsel objects to the Presentence Investigation Report ("PSR") and states:

1. Mr. Delgado objects to PSR paragraph 37 which establishes a loss of more than $1,500,000 but no more than $3,500,000.  After a careful review of the discovery and all the relevant issues having to do with this enhancement, the parties agreed that the loss amount should be $550,000 to $1,500,000 million which enhances the guidelines level by 14 levels.  The parties are in a better position to weigh the facts of the case and implications of the guidelines.  Nothing has changed that would suggest that the parties were wrong in their agreement.  The Court should sustain the objection.

2. Mr. Delgado objects to PSR paragraph 38 which enhances the guideline level by 2 levels because it involved 10 or more victims.  Paragraph 31 of the PSR states clearly that the victims in this offense are the Centers for Medicare ("CMS") and Medicaid services and 3 other individuals. The fraud was directed at Medicare, it was CMS who paid the monies, and paragraph 33 states that the restitution order should award restitution only to CMS. In any event, the listed victims in the paragraph are well below 10. The parties specifically agreed that this enhancement does not apply.  Accordingly, the Court should sustain the objection.

3. Mr. Delgado objects to PSR paragraph 47 which establishes the offense level at 21. Should the Court sustain the defense objections, the appropriate level would be 17 with a corresponding range of 24 to 30 months.

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to all relevant parties herein via the CM/ECF system.

                                                Respectfully submitted,

                                                JUAN DE JESUS GONZALEZ, LAWYER, PA
Attorney for Lester Delgado Echevarria
2460 S.W. 137 Avenue, Suite 254
Miami, Florida 33175
305-596-4500 office
305-596-4515 fax
786-486-9708 cell
JuanGonzalezLaw@aol.com

*/s/ Juan de Jesus Gonzalez*

_____
Juan de Jesus Gonzalez, Lawyer
FBN 371904